# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### DOCKET NO. 3:21cr166

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **ORDER** |
| | ) | |
| **TAYVONE LAMONT FRAZIER** | ) | |

This matter is before the Court on its own Motion to administratively close the case as to

**TAYVONE LAMONT FRAZIER**.  The defendant appears to remain a fugitive with no activity

taking place in this case in recent times.

**It is therefore, ORDERED** that this case be deemed closed for administrative purposes

only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: June 17, 2022

Max O. Cogburn Jr.
United States District Judge